# EXHIBIT 1

April 11, 2019

Honorable Timothy D. Sini
Suffolk County District Attorney's Office
William J. Lindsay County Complex - Bldg. 77
Veterans Memorial Highway
Hauppauge, NY 11788

Dear Honorable District Attorney Sini,

I am writing in strong support of Ms. Jennifer Pape, whom I hold in the highest regard. Ms. Pape is a loyal, dedicated and hardworking individual who would make an excellent addition to any organization. Her talents and abilities prove her capacity to bolster the success of any team she joins.

I have had the honor and privilege of working with Ms. Pape at the Suffolk County Legislator and currently at the New York State Senate. Ms. Pape has been an outstanding member of the Suffolk County SPCA where she serves as an Animal Cruelty Investigator. Through all of her work, she has proved that she is committed to protecting the welfare of animals and the betterment of her communities that she serves. Ms. Pape will be an exceptional fit and asset as a part of the District Attorney's office division of animal crimes.

Ms. Pape is a community leader I can depend on. She has left a mark on my heart as a hardworking activist and I am confident, if accepted, Ms. Pape will be an individual who will make your institution proud to call one of their own. Her love, passion and compassion towards animals is invaluable. She has dealt with many difficult cases within my district and with every case, she has done her due diligence in ensuring justice is served.

Ms. Pape is a woman I turn to when I need assistance with a case and is someone I trust. I highly recommend Ms. Pape and should you have any questions, please do not hesitate to contact my office at (631) 360-3356.

Sincerely,

*[signature]*

Monica R. Martinez
New York State Senator
Third Senatorial District

CC: Tom LaValle, Deputy Chief
    Justin Meyers, Chief of Staff
    Kerri Ann Souto, Director of Intergovernmental Relations and Community Outreach

4/8/19

To Whom it May Concern,

In November of 2018 I was working as a detective in the 3rd precinct in Bay Shore and I had the pleasure of working an aggravated animal abuse investigation with SPCA Detective Jen Pape #110. This investigation involved the fatal stabbing of a dog in the Brentwood area. Throughout this investigation I learned that Detective Pape is an extremely hard working, intelligent detective who is well versed in the laws as they apply to animal abuse cases. In addition, Detective Pape is proficient in interviewing and taking statements from witnesses as well as suspects. The perseverance and dedication showed by Detective Pape during this investigation were unparalleled. For example, Detective Pape, after learning that a second dog had been stabbed, responded to the incident location and not only saved the dog's life but also secured additional evidence for the investigation.

Detective Pape is a hard-working individual who is committed to helping animals and arresting those who commit crimes against animals. After working with Detective Pape I know that she would be an asset to any animal crimes unit. If I am involved in any animal cases in the future I will definitely seek the assistance of Detective Pape.

Sincerely,

*[signature]* Sgt 1364/hw

SCPD Sgt. Brian Ehlers

# Sharon Cimino
**37 Orchard Dr. Brightwaters, NY 11718**

phone: (631)669-6762
mobile: (631)838-2365

April 26, 2019

Dear District Attorney Timothy Sini,

I am honored to write this letter of recommendation on behalf of Peace Officer Jennifer Pape. I have had the pleasure knowing Jennifer for just over three years. We met during a Suffolk SPCA investigation. I was the complainant in a case involving a hoarding house with over 30 sick and flea infested cats, kittens and a tethered dog. In classic SPCA style, it took multiple phone calls from myself and others to get the SPCA to even investigate the house. Then upon investigation, the original detective never followed up and the animals remained and continued to multiply and become more ill. Again I persisted and the assigning sergeant finally assured me that I would be contacted by an investigator that would get the job done. This humane investigator was Jennifer Pape.

From the first moment we spoke, I knew Jen was going to do whatever it took to save those animals. Since I am involved with animal rescue and a local spay neuter program, I helped Jen any way I could to help get the cats and kittens medical care and placed in loving homes. The people in this case were not cooperative and Jen had to move mountains without a search warrant to ensure the cats and dog were surrendered and taken out of this neglectful abusive situation. Since we spent many days, weekends, and holidays during this rescue mission, Jen and I became friends and she convinced me to join the Suffolk SPCA as a humane volunteer. While I had my doubts about the SPCA, I felt better after having worked with Jen. So I applied and went through training and was determined to make a difference.

During my almost two years with the SPCA, I realized that Jennifer Pape is one of the few investigators who is truly dedicated to helping animals (as well as many people in her cases). She is one of the few officers that has dedicated her life to making a difference. For so many SPCA detectives, it's about the badge, the gun, the power, and the news coverage. But for Jennifer Pape, her passion is from the heart. She will risk her life if it's a hamster living in squalor or a pit bull being forced to fight by MS-13. She's the first one to jump into a condemned house to save a litter of kittens. If there are 20 dogs being abused in a hoarding situation, then she will work through the night to write those 20 reports. I've seen her sacrifice sleep and holidays and contract ringworm and giardia while caring for cats and kittens seized during an investigation and had nowhere to go. Jen goes above and beyond the investigation and/or arrest to make sure every rescue receives proper care and placement.

Sadly during my time with the SPCA, I was pulled into a case involving another hoarder with sick cats and saw the reality of SPCA investigators that do not share Jen's passion and dedication. Two detectives let their egos and laziness get in the way of seizing and

PL_000005

prosecuting a woman that shouldn't even be allowed to own a goldfish. I complained to the chief and was promised Jen would take over the case and "fix the situation." Jen quickly made a plan for seizure and placement of the cats. Thanks to Jen's wonderful reputation, rescues were willing to step in and help. But once again, egos interfered with the chief's decision and Jen was never assigned to the investigation. This particular criminal is still currently living with close to 40 cats and kittens. This case is what prompted my resignation from the Suffolk SPCA.

I find it extremely frustrating that Suffolk County does not have an animal crimes unit like Nassau does. People who care about animals and their welfare basically only have the Suffolk SPCA to call to report abuse. The SCPD only has the SPCA to assist in animal abuse cases. In fact every precinct in Suffolk knows Jen Pape is the one to call when they are faced with an animal abuse situation. It's no secret that Jen is the officer with the most knowledge of the law and extensive experience with animal cruelty and neglect cases. The Suffolk officers specifically request to work with Jen every chance they get. They all know she is the one officer that will get things done, get it done the right and ethical way, and get the criminal an arrest and the animal(s) to safety. Quite frankly, most cops know Jen's work ethic and sense of teamwork not only makes their lives easier, her efforts reflect well on their reputation as well. Jen's cases are the ones we constantly see in the news and this is what makes the public have trust, faith, and an appreciation of law enforcement.

Suffolk needs an animal crimes unit. I have repeatedly told Jennifer that this is where she belongs. Her talents are wasted at the SPCA. She does not receive the backup and support she needs from fellow investigators and higher ups. So many lives have been spared and made better thanks to Jen's extraordinary arrests and followup. It is because of her efforts, Jen is one of the few officers at the SPCA who has gained the respect and assistance from local rescues and shelters. But she could do so much more if she was in the right position in law enforcement. I urge you to please spearhead an animal crimes unit under your command and put Jen in charge. As so many of us are aware, some of the worst criminals in history started by abusing animals. Animal abusers need to be stopped and prosecuted to the furthest extent of the law. Peace Officer Jennifer Pape is the one to make this happen.

Thank you for your time and all you do to keep the people of Suffolk County safe!

Regards

Sharon Cimino

Dear District Attorney Sinii,

My name is Fran Cohen and I have been an animal right's advocate for the past 22 years. I have been primarily involved in the outreach programs in some of the worst areas across Suffolk County. I am a continuous speaker at the monthly legislator meetings, precinct meetings, and was involved in the push to change the Suffolk County Outdoor Pet Laws (Local Law 299). I speak for all the outreach programs in Suffolk.

The atrocities we see across Suffolk County pertaining to dog fighting, backyard breeding and overall abuse is increasing at a very high rate. A few years back, this led us to try and disband the current SPCA because they were not enforcing ANY of the NYS laws. This intimately let to the county pets laws being changed from violations to misdemeanors by Senator Monica Martinez. They were implemented so we would be able to rely on the police dept when we are failed by the SPCA . And we were FAILED. For 30 years, they refused to enforce the NYS A&G laws and many, many animals died or exposure, abuse and starvation.

When the advocates went after the SPCA, they decided to hire Jennifer Pape as a full time employee/peace officer to try and salvage their reputation.. As you would imagine, we were skeptical.

Jennifer Pape took the time to listen to all the rescues, town shelters and advocates about our issues and she saw for herself what we were dealing with. She came to our areas of concern and was shown the conditions animals were forced to live in. Dogs that had been chained, living in squalor or illegal conditions were quickly seized and their owners charged for their crimes. This was because she worked with the rescues, shelters, ACO's

and police dept all at the same time which is what it takes to successfully bring much needed change and awareness to these situations.   Many dogs were removed from YEARS of hell.

She proved herself to us quickly and we have come to rely on her. She is the only one in 25 years that has ever enforced the laws and had no fear to accomplish this.  She quickly realized that the advocates were not exaggerating the miserable living conditions and exploitation of outdoor pets.

Wyandanch is one of the worst areas for abuse and I am proud to say because she has worked with one of our outreach programs in that area and a lot of that town has been cleaned up and made aware of our laws.  She has diligently worked in many other areas such as Bellport, Brentwood, etc.

The areas of Mastic, Shirley, Bellport and Bayshore are in desperate need.  We have a very long way to go in those areas and this is why I am respectfully asking you to give consideration to hiring her.

Jennifer is compassionate, fearless, dedicated and has tremendous public relations ability. I have never seen anyone work 24/7 the way she does.

Respectfully,
Fran Cohen
getamutt@verizon.net