# EXHIBIT 2

### Saul Zabell

**From:** Jennifer Pape <jenniferpape@icloud.com>
**Sent:** Saturday, February 15, 2020 9:55 PM
**To:** Saul Zabell
**Subject:** Jen / spca OT reply.

For the file.

Sent from my iPhone

Begin forwarded message:

> **From:** Jennifer Pape <jpape@scspca.us>
> **Date:** December 12, 2019 at 6:25:49 PM EST
> **To:** "jenniferpape@icloud.com" <jenniferpape@icloud.com>
> **Subject: Fwd: Duty officer**
>
> --------- Forwarded message ---------
> From: Sgt. Don Bambrick <dbambrick@scspca.us>
> Date: Thu, Jun 7, 2018 at 8:43 PM
> Subject: Re: Duty officer
> To: Jennifer Pape <jpape@scspca.us>
>
> I don't decide who gets put on the roster. I haven't spoken to Roy but I spoke to Lois and you're off the future rosters.
>
> On Thu, Jun 7, 2018 at 8:40 PM Jennifer Pape <jpape@scspca.us> wrote:
>> Hi Don , I just wanted to clarify why Roy asked that I don't be put on future duty officer schedules .
>> I am sure you aren't aware, but I am doing 40 work hours per week , plus a minimum of 25-30 more volunteer hours , plus covering phones every morning. I'm working 12 straight hours a day 5 days a week with not even a break , and also going out and getting called out on weekends. I need a break at some point or I'm going to die.
>> That being said , I have always been known to cover people for weekend duty (east and west ) quite frequently and also respond when the person scheduled doesn't answer the call. I will continue to do so.
>> I realize this weekend is too short notice to take me off.
>> Thanks , Jen.
>
> --
> Don Bambrick, Lieutenant #188
> Suffolk County SPCA
> 631-382-7722
> 631-450-2389
> Fax: 631-382-4042
> dbambrick@scspca.us

PL_000002