# EXHIBIT 3

 **Division of Criminal Justice Services**

May 7, 2020

Roy Gross
Suffolk County SPCA
PO Box 6100
Hauppauge, NY 11788

Dear Mr. Gross:

I am writing in response to the DCJS Acadis Portal personnel employment update received from your agency on April 20, 2020. In said form you report to the Division of Criminal Justice Services (Division) that Peace Officer Jennifer Pape ceases to serve your department due to incompetence or misconduct pursuant to section 9 NYCRR Part 6056.2(h).

Accordingly, based on the aforementioned information, Officer Pape is no longer active with your agency on the Central State Registry of Police Officers and Peace Officers effective February 19, 2020.

Furthermore, in accordance with section 9 NYCRR 6056.4(d), a peace officer's certificate of completion attesting to the fulfillment of the training requirements set forth in section 2.30 of the Criminal Procedure Law is deemed invalid when an officer ceases to serve pursuant to subdivision (c)(4) or (5) of section 6056.4.

Consequently, please be advised Officer Pape's peace officer basic training certification has been invalidated effective immediately. Should a subsequent employer attempt to appoint and register Officer Pape with the Division, that prospective employer shall be notified of the regulatory reason Officer Pape ceased to be previously employed and the status of her basic training certification.

To ensure Officer Pape is notified of her change in training certification status, please provide the Division with her home mailing address within 48 hours of receiving this letter. Please send the mailing address to the email address listed below.

Should you have any questions or concerns, please feel free to contact me at 518-485-1092 or by email at stephanie.russell@dcjs.ny.gov.

Very truly yours,

*Stephanie Russell*

Stephanie Russell
Criminal Justice Program Specialist