# EXHIBIT 4

## Damage Calculation - Pape v. SCSPCA, et al.

### Summary of All Damages

| | | |
|---|---|---|
| Investigator Damages | Unpaid Wages | $43,732.03 |
| | Liquidated Dmg. | $43,732.03 |
| Academy Damages | Unpaid Wages | $4,631.25 |
| | Liquidated Dmg. | $4,631.25 |
| | Total Unpaid Wages & Liquidated Dmgs: | $96,726.56 |
| | NYLL 195(1) Penalty | $5,000.00 |
| | NYLL 195(3) Penalty | $5,000.00 |
| | Lost Wages: | $25,950.00 |
| | Emotional Distress: | $50,000.00 |
| | Retaliation: | $150,000.00 |
| | Total: | $332,676.56 |
| | Attorneys' Fees: | $110,892.19 |
| | Total Damages: | $443,568.75 |

Plaintiff also seeks immediate reinstatement to the SCSPCA. Furthermore, Defendants must retract the false and inaccurate representations made to the New York State Department of Criminal Justice Services that resulted in the revocation of her status as a New York State Peace Officer.

## Damage Calculation - Pape v. SCSPCA, et al.

### Damages for Unpaid OT as Employee

| Time-Period | Number of Weeks | Hours/Week | Regular Rate | OT Rate | OT Hours | OT Owed/Week | OT Wages Owed |
|---|---|---|---|---|---|---|---|
| Jan. 1, 2018 - Feb. 6, 2018 | 5 | 60 | $19.50 | $29.25 | 20 | $585.00 | $2,925.00 |
| March 15, 2018 - June 30, 2018 | 15 | 60 | $19.50 | $29.25 | 20 | $585.00 | $8,775.00 |
| July 1, 2018 - Dec. 31, 2018 | 26 | 60 | $21.63 | $32.44 | 20 | $648.75 | $16,867.50 |
| Jan. 1, 2019 - April, 2019 | 17 | 60 | $21.63 | $32.44 | 20 | $648.75 | $11,028.75 |
| May, 2019 - Dec. 31, 2019 | 35 | 42.5 | $21.63 | $32.44 | 2.5 | $81.09 | $2,838.28 |
| Jan. 1, 2020 - April 20, 2020 | 16 | 42.5 | $21.63 | $32.44 | 2.5 | $81.09 | $1,297.50 |
| | | | | | | Unpaid Wages | $43,732.03 |
| | | | | | | Liquidated Dmg. | $43,732.03 |

## Damage Calculation - Pape v. SCSPCA, et al
### Damages for Unpaid Wages during Academy

| Time-Period | Number of Weeks | Hours/Week | Weekly Pay | Hourly Wage | Min. Wage Hours | Min. Wage Owed/Week | Min. Wage Owed |
|---|---|---|---|---|---|---|---|
| Feb 6, 2018 - March 15, 2018 | 5 | 45 | $0.00 | $19.50 | $40.00 | $780.00 | $3,900.00 |

| OT Rate | OT Hours | OT Owed/Week | OT Wages Owed |
|---|---|---|---|
| $29.25 | 5 | $146.25 | $731.25 |
| | | Unpaid Wages | **$4,631.25** |
| | | Liquidated Dmg. | **$4,631.25** |

## Damage Calculation - Pape v. SCSPCA, et al.
### Damages for Back Wages

| Date of Termination | Number of Weeks Since Termination | Weekly Pay | Wages Owed to Date |
|---|---|---|---|
| 4/20/2020 | 30 | $865.00 | **$25,950.00** |